# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DENNIS MURPHY, *as*
*Wrongful Death Personal*
*Representative of the Estate of*
*Lucinda Phillips, deceased*,

     Plaintiff,

v.                                           Civ. No. 22-2 GBW/JFR

MANWINDER SINGH, *et al.*,

     Defendants.

## FINAL ORDER

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order, under Fed. R. Civ. P. 58, DISMISSING Plaintiff's Complaint for Wrongful Death and Punitive Damages WITH PREJUDICE as to Defendants Singh and Google Trans.[1]

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**

---

[1] The Court dismissed Plaintiff's Complaint without prejudice as to Defendant Deep Freightline, Inc. on June 23, 2022.  *See doc. 44.*